1   ERIC GRANT
    United States Attorney
2   JOSEPH D. BARTON
    Assistant United States Attorney
3   2500 Tulare Street, Suite 4401
    Fresno, CA 93721
4   Telephone:  (559) 497-4000
    Facsimile:   (559) 497-4099
5

6   Attorneys for Plaintiff
    United States of America
7

8                   IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 5:25-MJ-00048-CDB

                    Plaintiff,               MOTION TO UNSEAL CASE AND ORDER
12                                           THEREON
              v.
13
    CARLOS FRANCISCO RUEDAS-HERRERA,
14
                    Defendant.
15

16

17       The government moves the Court to unseal the Complaint and all other filings in this case.  The

18  defendant has been arrested and will be making an initial appearance in this Court shortly.  Therefore,

19  the case should be unsealed to advise the defendant of the charges.

20

21  Dated:  September 12, 2025                      ERIC GRANT
                                                     United States Attorney
22
                                                    */s/ Joseph Barton*
23                                                  Joseph Barton
                                                    Assistant United States Attorney
24
                                 **ORDER**
25
         Good cause appearing, the Complaint and all other filings are HEREBY UNSEALED.
26
    IT IS SO ORDERED.
27
         Dated:  **September 12, 2025**            _____
28
                                                  UNITED STATES MAGISTRATE JUDGE