**FILED**
Oct 06, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **CARLOS RUEDAS-HERRERA,** Defendant. | 1:25-cr-00189-KES-BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
☒ Ad Prosequendum        ☐ Ad Testificandum

Name of Detainee: Carlos Ruedas-Herrera
Detained at: Mesa Verde Detention Center
Detainee is:
  a.) ☒ charged in this district by: ☒ Indictment  ☐ Information  ☐ Complaint
      charging detainee with: 8 USC 1326(a)
  or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
  a.) ☒ return to the custody of detaining facility upon termination of proceedings
  or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary Friday, October 10, 2025, at 2:00 pm, at the Fresno Federal Courthouse*

Signature: /s/ Joseph Barton
Printed Name & Phone No: Joseph Barton, 559-892-8490
Attorney of Record for: United States

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum        ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Oct 6, 2025**

Honorable Erica P. Grosjean
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

AKA(s) (if
Booking or CDC #: Alien # A087 908 404
Facility Address: 425 Golden State Hwy, Bakersfield, CA
Facility Phone: (661) 859-1028
Currently

☒ Male  ☐ Female
DOB:
Race: Hispanic
FBI#:

## RETURN OF SERVICE

Executed on: _____
                (signature)