1  HEATHER E. WILLIAMS, #122664
   Federal Defender
2  GRIFFIN ESTES, #322095
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  CARLOS FRANCISCO RUEDAS HERRERA
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00189-KES-BAM |
|---|---|
| Plaintiff, | STIPULATION TO RESET TRIAL CONFIRMATION HEARING; ORDER |
| v. | **NEW DATE: November 3, 2025** |
| CARLOS FRANCISCO RUEDAS HERRERA, | TIME: 11:00 a.m. |
| Defendants. | COURT: Hon. Kirk E. Sheriff |

17     Plaintiff United States of America, by and through its counsel of record, and defendant, by and
18 through defendant's counsel of record, hereby stipulate as follows:
19     1.   By previous order, this matter was set for a trial confirmation hearing on November 3,
20 2025.  ECF Dckt. # 20.
21     2.   By this stipulation, the government and Mr. Ruedas-Herrera request that the trial
22 confirmation hearing be advanced to November 3, 2025.
23     3.   Mr. Ruedas-Herrera's counsel has a scheduling conflict on November 10, 2025.
24
25     IT IS SO STIPULATED.
26
27
28

STIPULATION TO ADVANCE TRIAL CONFIRMATION          1

| | |
|---|---|
| Dated: October 14, 2025 | ERIC GRANT<br>United States Attorney<br><br>/s/ Joseph Barton<br>JOSEPH BARTON<br>Assistant United States Attorney |
| Dated: October 14, 2025 | /s/ Griffin Estes<br>Griffin Estes<br>Counsel for Defendant<br>Carlos Francisco Ruedas Herrera |

**ORDER**

IT IS HEREBY ORDERED that the trial confirmation hearing in this matter is advanced to November 3, 2025 at 11:00AM in Courtroom 6 (KES) before District Judge Kirk E. Sherriff .

In light of the new trial confirmation hearing date, any opposition to a motion in limine shall be filed no later than **October 31, 2025**.

IT IS SO ORDERED.

Dated:   October 15, 2025

_____
UNITED STATES DISTRICT JUDGE